**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| Emily C. Jones<br><br>Plaintiff,<br><br>vs.<br><br>Capstone Real Estate Services, Inc.<br><br>Defendant. | Civil Action No.  2:21-cv-02319 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Emily Jones and Defendant Capstone Real Estate Services, Inc. hereby agree to the dismissal of this case, *with prejudice*, with each party shall bear her and its own attorney's fees and costs.

**AGREED TO BY:**

| LATHROP GPM LLP | THORNBERRY BROWN, LLC |
|---|---|
| By:  __/s/ Jehan Moore_____<br>Michael J. Abrams, KS Bar #15407<br>Jehan Moore, KS Bar #29081<br>2345 Grand Boulevard, Suite 2200<br>Kansas City, MO 64108<br>Telephone:  816.460.5530<br>Telecopier:  816.292.2001<br>michael.abrams@lathropgpm.com<br>jehan.moore@lathropgpm.com<br><br>*Attorneys for Defendant*<br>*Capstone Real Estate Services, Inc.* | By:  *Stephen C. Thornberry*_____<br>Stephen C. Thornberry, KS Bar #17494<br>Randall W. Brown, KS Bar #17905<br>4550 Main Street, Ste. 205<br>Kansas City, MO 64111<br>Telephone: (816) 531-8383<br>Facsimile: (816) 531-8385<br>steve@thornberrybrown.com<br>randy@thornberrybrown.com<br><br>*Attorneys for Plaintiff* |